is vacated and the cause is remanded to the District Court of the United States for the Western District of Missouri with directions to proceed in conformity with the Act of December 23, 1943, c. 377, 57 Stat. 608, but without prejudice to the consideration of any questions which petitioner may wish to raise as to the validity or application of that Act."

No. 154. ANDERSON NATIONAL BANK ET AL. *v.* REEVES, COMMISSIONER OF REVENUE, ET AL. February 7, 1944. Luckett substituted for Reeves. See *ante*, p. 233.

No. 541. FITZJERRELL *v.* BECKER, WARDEN. See *post*, p. 772.

No. 577. TRIMBLE ET AL. *v.* JUSTICE ET AL., EXECUTORS, ET AL. Appeal from and on petition for writ of certiorari to the Court of Appeals of Kentucky. February 14, 1944. *Per Curiam:* The motion for leave to file the statement as to jurisdiction is granted. The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code, as amended, 28 U. S. C., § 344 (a). The petition for writ of certiorari is denied. *Mr. J. Smith Hays* for appellants-petitioners. *Messrs. LeWright Browning* and *J. J. Moore* for appellees-respondents.

No. 619. CASH *v.* METROPOLITAN TRUST CO. ET AL. Appeal from the Supreme Court of Illinois. February 14, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a properly presented substantial federal question. (1) *Simon* v. *Craft,* 182 U. S. 427, 428, 434–5; *Chaloner* v. *Sherman,* 242 U. S. 455, 459–60; (2) *Milk Wagon Drivers' Union* v.